JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHELL, INC.<br><br>              Plaintiff,<br><br>   vs.<br><br>MAX INTERACTIVE, INC.<br><br>             Defendant. | Case No. 8:19-cv-00608 AG (ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: April 1, 2019<br>Judge: Andrew J. Guilford |

Based on the Joint Stipulation of Dismissal, and for good cause, the Court hereby orders as follows:

(1) All of Plaintiff Techshell, Inc.'s causes of action/claims against Defendant Max Interactive, Inc., d/b/a MAXCases ("Max") are dismissed with prejudice;

(2) All of Max's causes of action/counterclaims against Techshell are dismissed with prejudice;

(3) Each party shall bear its own costs, expenses, and attorneys' fees; and

(4) The Court retains jurisdiction to enforce the terms of the settlement between Techshell and Max.

**IT IS SO ORDERED**.

Dated: January 2, 2020

_____
Honorable Andrew J. Guilford
United States District Court Judge